In the Matter of DANIEL H., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted March 8, 2010; decided March 25, 2010

Motion for poor person relief granted.

ZANA DOBROSHI, on Behalf of Herself and All Others Similarly Situated, Appellant, v BANK OF AMERICA, N.A., Respondent.

Submitted January 4, 2010; decided March 25, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DONALD GIMENO, Respondent, v AMERICAN SIGNATURE, INC., Doing Business as VALUE-CITY FURNITURE, et al., Respondents, and MELCO CONSTRUCTION SERVICES, INC., et al., Appellants, et al., Defendant.

Submitted January 11, 2010; decided March 25, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEVIN GLASSMAN, Respondent, v PROHEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Submitted March 22, 2010; decided March 25, 2010

Motion by Greater New York Hospital Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.